UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEANNE FABBRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No.  2:20-cv-01052 AC<br><br><br><br>ORDER |

Plaintiff filed this Social Security case on May 22, 2020.  ECF No. 1.  On June 5, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court.  ECF No. 6.  Consent/Decline forms had already been issued, with a due date of August 28, 2020.  ECF No. 4.  Defendant submitted its Consent/Decline form.  ECF No. 8.

The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms appears contradictory.  Nonetheless, in order to efficiently move social security cases forward as stays are lifted, submission of the Consent/Decline form is still required while the stay is in place.

////

1 | Accordingly, plaintiff is ORDERED to submit his Consent/Decline form no later than
2 | November 11, 2020.  The case remains otherwise stayed.
3 |     IT IS SO ORDERED.
4 | DATED: October 22, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE